## THOMAS W. DAWSON

*v.*

## JOSEPH AMEY et al.

A complainant may dismiss his bill on payment of all costs to the defend-
ant, but a cross-bill and answer to the original bill may, nevertheless, be re-
tained, with leave to either party to come in thereafter for further relief.

On motion to dismiss bill.

*Mr. John W. Taylor*, for complainant.

*Mr. J. F. Dumont*, for defendants.

BIRD, V. C.

The complainant asks to have his bill dismissed, on payment
of all costs to defendants. The defendants resist this, and say
that they are entitled to go to hearing on the answer, and answer
by way of cross-bill, which they have filed. They claim that
they are entitled to relief as against the complainant, and that it
would be doing great injustice to them to dismiss the original
bill.

Since no testimony has been taken, I think the motion must
be granted. But granting the motion to dismiss the original
bill does not necessarily carry the cross-bill with it. See *Dan.
Ch. Prac. & Plead. (5th ed.) 1553 note 3* and cases cited.

Since the defendants resist the motion, for the reason that they
are entitled to relief, as they claim, and since the charges in their
cross-bill are important and may possibly be the grounds of re-
lief, I will advise that the cross-bill and answer thereto be re-
tained, with leave to either party to come in to ask for further
relief, as the circumstances may require.

But I will advise that the original bill be dismissed, upon the
payment of all the costs heretofore incurred by defendants.